# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 26, 2013

### NO. 03-11-00519-CR

**Gus Barron, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 403RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, HENSON, AND ROSE;
JUSTICE HENSON NOT PARTICIPATING
AFFIRMED IN PART; REVERSED AND DISMISSED IN PART --
OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was error in the judgment of conviction for the standard assault charge. **IT IS THEREFORE ORDERED** that the judgment of conviction for the standard assault charge and the punishment assessed for Count I are reversed and dismissed. However, we affirm all other aspects of the judgment of conviction; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made, and that this decision be certified below for observance.